# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| RICKY TEJADA,<br><br>             Petitioner<br><br>       v.<br><br>JON D. FISHER, SUPERINTENDENT, LISA HOLLIBAUGH, GRIEVANCE COORDINATOR, LIEUTENANT PECK, SERGEANT WORKINGER AND OFFICER BARCELONA,<br><br>           Respondents | : No. 65 MM 2015<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of June, 2015, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**.  Petitioner is **DIRECTED** to file his Petition for Allowance of Appeal within 30 days.